MICHAEL R. AYERS, ESQ.
Arizona Bar No. 024318
CHRISTOPHER LUND, ESQ.
Arizona Bar No. 040554
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: mayers@grsm.com
　　　　tlund@grsm.com

*Attorneys for Defendant*
*DREAM.ORG*

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| John A. Fabricius, II, | Case No.: CV26-00211-PHX-DJH |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT DREAM.ORG'S CORPORATE DISCLOSURE STATEMENT** |
| DREAM.ORG, | |
| Defendant. | |

This Disclosure Statement is filed on behalf of Defendant DREAM.ORG in compliance with the provisions of:

☐　Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐　Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

The filing party hereby declares as follows:

☒    No such corporation.

☐    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____ Relationship_____

☐    Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship_____

☐    Other (please explain):


*A supplemental disclosure statement will be filed upon any change in the information provided herein.*


Dated this 3rd day of April 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Christopher Lund*
_____
MICHAEL R. AYERS, ESQ.
Arizona Bar No. 024318
CHRISTOPHER LUND, ESQ.
Arizona Bar No. 040554
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*DREAM.ORG*

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

-2-

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 3, 2026, a true and correct copy of the foregoing DEFENDANT DREAM.ORG'S DISCLOSURE STATEMENT was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all parties of record:

JOHN A. FABRICIUS
2615 E. Greenway Rd, #27
Phoenix, AZ 85032
Plaintiff – Pro Se
Email: johnfabriciusiii@gmailcom

/s/Mayra Ibarra
An Employee of GORDON REES
SCULLY MANSUKHANI, LLP