John A. Fabricius, II
2615 E. Greenway Rd. #27
Phoenix, AZ 85032
(602) 527-3742
johnfabriciusiii@gmail.com
Plaintiff Pro Se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| JOHN A. FABRICIUS, II,<br><br>    Plaintiff,<br><br>v.<br><br>DREAM.ORG,<br><br>    Defendant. | Case No. CV-26-00211-PHX-DJH<br><br>**PLAINTIFF'S MOTION TO WITHDRAW INADVERTENT FILING AND SUBSTITUTE CORRECTED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>(Fed. R. Civ. P. 5; LRCiv 5.3)<br><br>Hearing Requested: No |

## I. MOTION AND RELIEF REQUESTED

Plaintiff John A. Fabricius, II, proceeding pro se, respectfully moves this Court for an Order allowing him to withdraw his prior Motion for Leave to File First Amended Complaint, which was inadvertently filed on the CM/ECF system as Document 15. Due to a clerical administrative oversight, an uncorrected, defective internal layout containing multiple editing tracking placeholders and non-aligned text was mistakenly submitted.

Plaintiff requests that Document 15 be completely struck from the record, or otherwise deemed withdrawn, and that the comprehensive, corrected Motion for Leave to File First Amended Complaint uploaded concurrently herewith as a separate docket entry be substituted in its place as the operative motion for the Court's consideration. To ensure clarity and precision, a publication-ready clean copy of the final corrected motion—along with its integrated Exhibits A, B, and C—is fully appended to that concurrent filing.

## II. BACKGROUND AND BASIS FOR EXERCISE OF DISCRETION

1. On May 31, 2026, Plaintiff intended to file a polished, legally sufficient Motion for Leave to File First Amended Complaint to clean up specific counts, adjust the regulatory exemption framework under *Encino Motorcars, LLC v. Navarro,* 584 U.S. 79 (2018), and clarify state-law contractual remedies under A.R.S. § 23-355.

2. Due to a clerical upload error, the version submitted as Document 15 contained several scrivener's errors, layout contradictions, and an internal misalignment of count sequences (specifically clashing between the narrative body text and Exhibits A and B) that would unnecessarily confuse the record and waste judicial resources.

3. Federal courts possess inherent equitable authority to manage their own dockets and regularly grant pro se litigants leave to withdraw or substitute documents to rectify plain clerical errors, provided the substitution causes no prejudice to the opposing party. See, e.g., *Link v. Wabash R. Co*., 370 U.S. 626, 630-631 (1962). Because this error was discovered immediately, no scheduling order has been entered, and discovery has not opened, Defendant will suffer zero cognizable prejudice. Opposing counsel will be served with the fully corrected, substituted version, ensuring a clean basis for their eventual response.

## III. CONCLUSION

**WHEREFORE**, Plaintiff John A. Fabricius, II respectfully requests that the Court enter an Order: (1) striking or otherwise withdrawing Document 15 from the electronic system; and (2) accepting the concurrently submitted Corrected Motion for Leave to File First Amended Complaint as the operative filing moving forward.

DATED this 1st day of June, 2026.

_____

John A. Fabricius, II
Plaintiff, Pro Se

## AI DISCLOSURE AND RULE 11 CERTIFICATION

Pursuant to Paragraph 3 of this Court's Order Re: Case Management and AI Disclosure (Doc. 6), Plaintiff discloses that generative artificial intelligence was utilized as a supportive drafting tool in the preparation of this motion. Plaintiff certifies under Federal Rule of Civil Procedure 11(b) that all factual representations and legal citations have been independently verified by Plaintiff.

_____

John A. Fabricius, II
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2026, I electronically transmitted the foregoing Motion through the District of Arizona's CM/ECF platform, which automatically generates and delivers automated service notification via email to Defendant's counsel of record listed below:

Michael R. Ayers, Esq. (mayers@grsm.com)
Christopher Lund, Esq. (tlund@grsm.com)
Gordon Rees Scully Mansukhani, LLP
300 S. Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Attorneys for Defendant

_____

John A. Fabricius, II
Plaintiff, Pro Se

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN A. FABRICIUS, II, | Case No. CV-26-00211-PHX-DJH |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER** |
| DREAM.ORG, | |
| Defendant. | |

Before the Court is Plaintiff John A. Fabricius, II's Motion to Withdraw Inadvertent Filing and Substitute Corrected Motion for Leave to File First Amended Complaint. The Court having reviewed the motion, the accompanying record, and finding good cause shown for the correction of a clerical filing oversight on the electronic system,

IT IS ORDERED that Plaintiff's Motion to Withdraw Inadvertent Filing and Substitute Corrected Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall strike or otherwise mark as withdrawn Plaintiff's prior, inadvertently filed Motion for Leave to File First Amended Complaint, currently docketed as Document 15, from the operative record history of this matter.

IT IS FURTHER ORDERED that the concurrently uploaded Corrected Motion for Leave to File First Amended Complaint (along with its supporting clean Exhibit A, redlined Exhibit B, and proposed order Exhibit C) shall be substituted in place of the withdrawn filing, and shall serve as the sole operative motion for leave considered by the Court moving forward.