# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John A Fabricius, II, | No. CV-26-00211-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Dream.Org, | |
| Defendant. | |

On April 3, 2026, the Court set an in-person Rule 16 Scheduling Conference for June 4, 2026. (Doc. 13). Though the parties submitted a proposed Joint Rule 26(f) Report in advance of the Conference (Doc. 14), *pro se* Plaintiff John A. Fabricius ("Plaintiff") did not appear.

Federal Rule of Civil Procedure 41(b) allows a court to dismiss an action for failure to prosecute, failure to comply with the Federal Rules of Civil Procedure, failure to comply with the court's local rules, or failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629–30 (1962) (a court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the district courts); *Hells Canyon Pres. Council v. U .S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (court may dismiss under Rule 41(b) for failure to prosecute or comply with rules of civil procedure or the court's orders); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the court). The Court will

not adopt the parties' Joint Rule 26(f) Report (Doc. 14), until it is satisfied that Plaintiff intends to diligently prosecute this matter.

Accordingly,

**IT IS ORDERED** that on or before **June 11, 2026**, Plaintiff, in no more than three (3) pages, must show cause why he was absent from the June 4, 2026, Scheduling Conference.  Failure to timely show cause may result in the dismissal of this matter for failure to prosecute.

Dated this 4th day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -