John A. Fabricius, II
2615 E. Greenway Rd. #27
Phoenix, AZ 85032
(602) 527-3742
johnfabriciusiii@gmail.com
Plaintiff Pro Se

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN A. FABRICIUS, II,<br><br>     Plaintiff,<br><br>v.<br><br>DREAM.ORG,<br><br>     Defendant. | Case No. CV-26-00211-PHX-DJH<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

Plaintiff John A. Fabricius, II respectfully submits this Response to the Court's June 4, 2026 Order to Show Cause.

Plaintiff sincerely apologizes to the Court and to Defendant for failing to appear at the June 4, 2026 Rule 16 Scheduling Conference. Plaintiff understands that the Court's time is limited, that Defendant and counsel prepared for the conference, and that missing a court appearance disrupts the orderly handling of the case. Plaintiff takes full responsibility for the failure to appear.

Plaintiff did not intentionally miss the hearing. Plaintiff did not disregard the Court's order. Plaintiff received the scheduling order, participated in the Rule 26(f) conference with Defendant, and worked with Defendant to submit the proposed Joint Rule 26(f) Report before the scheduled conference. Plaintiff also filed a Motion to Amend Complaint, an Amended Complaint, and the required documents submitted with those filings. Plaintiff has been actively prosecuting this matter and intends to continue doing so.

The missed appearance occurred because Plaintiff inadvertently entered the hearing on the wrong calendar. Plaintiff is the Executive Director of Praxis Initiative, a nonprofit organization. During this same period, the organization has been converting from its former brand to its current brand after a rebrand. As part of that transition, Plaintiff has been operating with multiple calendars for litigation, organizational, grant, policy, and administrative work.

Plaintiff inadvertently placed the June 4 hearing on the wrong calendar. Because of that mistake, the hearing did not trigger the reminder system Plaintiff relies on for court appearances. Plaintiff did not realize the error until after the hearing had already been missed.

That explanation is not offered to avoid responsibility. The responsibility to appear remained Plaintiff's responsibility. Plaintiff accepts that. The missed hearing was an inadvertent mistake, not a willful failure to prosecute, not an effort to delay the case, and not a disregard of the Court's authority.

Plaintiff has identified the problem and corrected it. All court dates, deadlines, and appearances have now been moved into one primary litigation calendar. Plaintiff has also created a process to ensure that all federal court deadlines and hearings are separately reviewed and verified. Plaintiff will personally confirm each court date going forward. This mistake will not happen again.

Plaintiff respectfully submits that his conduct in this case shows that he intends to prosecute the matter. Plaintiff participated in the Rule 26(f) process. Plaintiff cooperated with Defendant in preparing and submitting the Joint Rule 26(f) Report. Plaintiff filed his Motion to Amend Complaint, Amended Complaint, and related required documents. Plaintiff remains ready to proceed with discovery, comply with the Court's orders, and appear at any hearing the Court sets.

Plaintiff also recognizes that appearing pro se does not relieve him of his obligations. Plaintiff understands that he must meet the same deadlines, attend the same hearings, and comply with the same orders required of any party before the Court. Plaintiff asks the Court to treat this missed appearance as an isolated mistake, not as evidence that Plaintiff has abandoned the case or failed to prosecute it.

For these reasons, Plaintiff respectfully asks the Court to discharge the Order to Show Cause and allow this matter to proceed on the merits. Plaintiff further asks the Court to adopt the parties' Joint Rule 26(f) Report or reset the Rule 16 Scheduling Conference if the Court believes another conference is necessary.

Plaintiff again apologizes to the Court and to Defendant. Plaintiff understands the seriousness of this mistake, accepts responsibility for it, and has taken corrective action to ensure that he will be on time and ready to prosecute this matter moving forward.

RESPECTFULLY SUBMITTED this 8th day of June, 2026.

_____
John A. Fabricius, II
Plaintiff Pro Se
2615 E. Greenway Rd. #27
Phoenix, AZ 85032
(602) 527-3742
johnfabriciusiii@gmail.com

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2026, I electronically filed the foregoing Plaintiff's Response to Order to Show Cause with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record.

_____

John A. Fabricius, II
Plaintiff Pro Se

**STATEMENT REGARDING USE OF
ARTIFICIAL INTELLIGENCE ASSISTANCE**

Plaintiff states that he used artificial intelligence assistance in preparing this filing. The assistance was limited to helping finalize the document, improve formatting, organize the response, and conduct general research regarding how to respond to an Order to Show Cause. Plaintiff personally reviewed the filing, verified the factual statements, approved the final content, and accepts full responsibility for everything submitted to the Court.

_____

John A. Fabricius, II
Plaintiff Pro Se