# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| John A Fabricius, II, | No. CV-26-00211-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. |  |
| Dream.Org, |  |
| Defendant. |  |

The Court is in receipt of *pro se* Plaintiff John Fabricius's Response to the Order to Show Cause why he was absent from the June 4, 2026, Scheduling Conference (Doc. 20).  Upon review of that Response,

**IT IS ORDERED resetting** a Rule 16 Scheduling Conference for **June 25, 2026, at 10:00 a.m.** in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, Arizona.  **Plaintiff shall appear in person.**  Defense counsel may appear telephonically and may utilize the same dial-in instructions provided for the prior hearing.

Dated this 10th day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge