John A. Fabricius, II
2615 E. Greenway Rd. #27
Phoenix, AZ 85032
(602) 527-3742
johnfabriciusiii@gmail.com
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

John A. Fabricius, II,

        Plaintiff,

v.

Dream.org,

        Defendant.

No. CV-26-00211-PHX-DJH

NOTICE OF INITIAL DISCLOSURE

**NOTICE OF INITIAL DISCLOSURE**

Plaintiff John A. Fabricius, II, proceeding pro se, hereby gives notice that on June 29, 2026, he served his Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1) on counsel for Defendant Dream.org, by email.

This Notice is filed pursuant to Federal Rule of Civil Procedure 26(a)(1), Rule 5(d)(1)(A), LRCiv 5.2, and paragraph 1 of the Court's Rule 16 Scheduling Order (Doc. 25), which directs the parties to "file with the Clerk a Notice of Initial Disclosure, rather than copies of the actual disclosures." Consistent with that order, the disclosures themselves are not filed with this Notice.

DATED this 29th day of, 2026.

Respectfully submitted,

/s/ John A. Fabricius, II
John A. Fabricius, II
2615 E. Greenway Rd. #27
Phoenix, AZ 85032
(602) 527-3742

- 1 -

johnfabriciusiii@gmail.com
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2026, I caused a true and correct copy of the foregoing Notice of Initial Disclosure to be served on counsel for Defendant via the Court's CM/ECF system with notificatipon to:

Michael R. Ayers, Esq. (mayers@grsm.com)
Christopher Lund, Esq. (tlund@grsm.com)
Gordon Rees Scully Mansukhani, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

/s/ John A. Fabricius, II
John A. Fabricius, II