John A. Fabricius, II
2615 E. Greenway Rd. #27
Phoenix, AZ 85032
(602) 527-3742
johnfabriciusiii@gmail.com
Plaintiff Pro Se

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN A. FABRICIUS, II, | Case No. CV-26-00211-PHX-DJH |
| Plaintiff, | PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | |
| DREAM.ORG, | |
| Defendant. | |

Plaintiff John Fabricius respectfully moves this Court for a one-day extension of time to file Plaintiff's Amended Complaint and states as follows:

At the scheduling conference held before this Court on Thursday, June 18, 2026, the Court orally directed Plaintiff to file an Amended Complaint by Monday, June 29, 2026, and to provide initial disclosures. Plaintiff is proceeding pro se and misunderstood the timing and scope of the Court's oral directives. Plaintiff believed both the Amended Complaint and initial disclosures were due on June 29, 2026, and was simultaneously working to complete, organize, and produce both submissions.

Prior to expiration of the deadline, Plaintiff contacted counsel for Defendants by electronic mail and advised that Plaintiff required only until the evening to complete the materials and transmit them to Defendants. Plaintiff thereafter completed and delivered the

- 1 -

Amended Complaint and initial disclosures to Defendants on June 30, 2026, consistent with Plaintiff's representation to opposing counsel.

After the Court's written scheduling order containing the Court's oral directives was published on Monday, June 29, 2026, Plaintiff reviewed the Order and ascertained that he had misunderstood the Court's directives and mistakenly believed that both the Amended Complaint and Plaintiff's initial disclosures were required to be completed and submitted by June 29, 2026. Plaintiff had already substantially completed the materials and had already contacted Defendants seeking a brief extension of time to finalize and transmit the filings and disclosures. Upon realizing his misapprehension regarding the Court's scheduling directives, and for purposes of ensuring procedural clarity and compliance with the Court's deadlines, Plaintiff submits the present Motion for Extension of Time to address and cure the misunderstanding concerning the filing deadline.

The requested extension is minimal, was sought in good faith, and will not prejudice Defendants or materially impact the progression of this litigation. The brief delay resulted from confusion concerning the Court's oral scheduling directives and not from bad faith, willful disregard of the Court's orders, or dilatory conduct. Plaintiff acted promptly to cure the issue immediately upon realizing the filing deadline had passed.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline for filing the Amended Complaint through June 30, 2026, and deem Plaintiff's Amended Complaint timely filed.

RESPECTFULLY SUBMITTED this 30th day of June, 2026.

_____
John Fabricius
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, I caused the foregoing document to be served upon all counsel of record via the Court's CM/ECF system and/or electronic mail consistent with prior service agreements and practices in this matter.

John Fabricius
Plaintif Pro Se

**CERTIFICATE OF DISCLOSURE REGARDING LIMITED USE OF ARTIFICIAL INTELLIGENCE**

Plaintiff discloses that limited artificial intelligence ("AI") tools were utilized in connection with drafting assistance, editing, organization, summarization, and legal research support relating to this filing. Plaintiff personally reviewed, verified, and approved all factual statements, legal arguments, citations, and representations contained herein and remains fully responsible for the contents of this filing pursuant to Rule 11 of the Federal Rules of Civil Procedure and all applicable Local Rules.

John Fabricius
Plaintif Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| John Fabricius, | Case No. CV-_____ |
| Plaintiff, | |
| v. | ORDER |
| Dream.Org, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Extension of Time to File Amended Complaint. Good cause appearing,

IT IS ORDERED granting Plaintiff's Motion for Extension of Time.

IT IS FURTHER ORDERED extending the deadline for Plaintiff to file the Amended Complaint through June 30, 2026.

IT IS FURTHER ORDERED deeming Plaintiff's Amended Complaint timely filed.

DATED this _____ day of _____, 2026.


_____
United States District Judge

- 1 -